UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISKON, INC. d/b/a HONIG INTERNATIONAL, INC.

**Plaintiff**

-v-

MERRILL LYNCH &CO., INC.
and

**Defendant**

08 Case No. CV 01160

**Rule 7.1 Statement**

*RECEIVED FEB 0 5 2008*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PLAINTIFF RISKON, INC. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE. NO SUCH CORPORATION.

Date: 2-4-08

Signature of Attorney

Attorney Bar Code: JL 8256

Form Rule7_1.pdf