AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                           DISTRICT OF           New York

## APPEARANCE

Case Number: 08 Civ. 01160

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Riskon, Inc.,
> d/b/a Honig International, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/6/08 | _(signature)_ |
| Date | Signature |
| | Ethan A. Brecher     EB 3245 |
| | Print Name     Bar Number |
| | 800 Third Avenue |
| | Address |
| | New York,    NY    10022 |
| | City    State    Zip Code |
| | (212) 687-8500    (212) 687-1505 |
| | Phone Number    Fax Number |