USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RISKON, INC., d/b/a HONIG INTERNATIONAL, INC.,

        Plaintiff,

-against-

MERRILL LYNCH & CO., INC.,

        Defendant.

---

08 CV 1160 (RMB)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as counsel of record for the parties hereto that the time for defendant to answer, move or otherwise respond to the Complaint shall be extended from April 7, 2008 until April 29, 2008.

Dated: March 13, 2008

LIDDLE & ROBINSON, L.L.P.

By: _____
Jeffrey L. Liddle (JL 8256)
Ethan A. Brecher (EB 3245)
Attorneys for Plaintiff
800 Third Avenue
New York, New York 10022
(212) 687-8500

MILLER & WRUBEL P.C.

By: _____
Martin D. Edel (ME 0863)

Attorneys for Defendant
250 Park Avenue
New York, New York 10177
(212) 336-3503

IT IS SO ORDERED:

_____
Hon. Richard M. Berman
U.S.D.J.
3/14/08