Case 1:08-cv-01160-RMB   Document 6   Filed 03/14/2008   Page 1 of 1
02/08/08  13:27 FAX                JUDGE BERMAN                                    ☒ 004/004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RISKON, INC.
　　　　　Plaintiff(s),

　- v -

MERRILL LYNCH & CO., INC.
　　　　　Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

08 CV. 01160 (RMB)

　　　　The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)　　Joinder of additional parties by __May 30, 2008__

(ii)　　Amend the pleadings by __August 1, 2008__

(iii)　　All discovery to be **expeditiously** completed by ~~October 31~~ __July 11__, 2008 *RMB*

(iv)　　Consent to Proceed before Magistrate Judge __NO__

(v)　　Status of settlement discussions __Mediation to take place 4/9/08. Settlement conference with principals on 7/14/08 @ 9:45__

Sections vi through xi will be set at conference with the Court.

(vi)　　Motions _____

(vii)　　Oral Argument _____

(viii)　　Joint Pre-Trial Order to be submitted by _____

(ix)　　Final Pre-Trial Conference _____

(x)　　Trial _____

(xi)　　Other _____

SO ORDERED: New York, New York
　　　　　　　　__3/14/08__

　　　　　　　　　　　　　　　　　　　　　　　　__RMB__
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Richard M. Berman, U.S.D.J.