BERMAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RISKON, INC., d/b/a HONIG INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> MERRILL LYNCH & CO., INC., <br><br> Defendant. | 08 CV 1160 (RMB) <br><br> ECF CASE <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff and defendants that the above-captioned action shall be and hereby is dismissed, with prejudice and without costs to either party as against the other party. THE CLERK TO CLOSE THIS CASE. THE CONF. ON 7/14/08 IS VACATED.

Dated: April 11, 2008

LIDDLE & ROBINSON, L.L.P.

By: _____
Jeffrey L. Liddle (JL 8256)
Ethan A. Brecher (EB 3245)
Attorneys for Plaintiff
800 Third Avenue
New York, New York 10022
(212) 687-8500

MILLER & WRUBEL P.C.

By: _____
Martin D. Edel (ME 0863)
Attorneys for Defendant
250 Park Avenue
New York, New York 10177
(212) 336-3503

IT IS SO ORDERED:

_Richard M. Berman_
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
April 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/08