UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RISKON, INC., d/b/a HONIG INTERNATIONAL, INC.,

           Plaintiff,

-against-

MERRILL LYNCH & CO., INC.,

           Defendant.

08 CV 1160 (RMB)

ECF CASE

**STIPULATION AND ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff and defendants that the above-captioned action shall be and hereby is dismissed, with prejudice and without costs to either party as against the other party.

Dated: April 11, 2008

LIDDLE & ROBINSON, L.L.P.

By: _____
Jeffrey L. Liddle (JL 8256)
Ethan A. Brecher (EB 3245)
Attorneys for Plaintiff
800 Third Avenue
New York, New York 10022
(212) 687-8500

MILLER & WRUBEL P.C.

By: _____
Martin D. Edel (ME 0863)

Attorneys for Defendant
250 Park Avenue
New York, New York 10177
(212) 336-3503

**IT IS SO ORDERED:**

_____
HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 21, 2008